IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01747-MSK-KLM

DESIGNSENSE, INC.,

    Plaintiff,

v.

MRI GLOBAL, and
ALLIANCE FOR SUSTAINABLE ENERGY, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Appear at Scheduling Conference by Phone** [Docket No. 23; Filed September 27, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that Plaintiff's counsel may appear by telephone at the Scheduling Conference on October 7, 2013 at 10:00 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated:  September 30, 2013