IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01747-MSK-KLM

DESIGNSENSE, INC.,

    Plaintiff,

v.

MRI GLOBAL, and
ALLIANCE FOR SUSTAINABLE ENERGY, LLC,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#32][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#32] is **GRANTED**. The Scheduling Order entered on October 7, 2013 [#28], is amended to extend the following deadlines:

- Discovery Deadline                                     **May 15, 2014**
- Dispositive Motion Deadline                      **June 16, 2014**

Dated: March 25, 2014

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.