IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01747-MSK-KLM

DESIGNSENSE, INC.,

    Plaintiff,

v.

MRIGLOBAL; and
ALLIANCE FOR SUSTAINABLE ENERGY, LLC,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #35**) filed on March 27, 2014, granting Defendants' Motion to Dismiss (**Doc. #18**) it is

ORDERED that:

Judgment is entered in favor of the defendants.

It is

FURTHER ORDERED that the case is closed.

Dated this 27th day March, 2014.

                        ENTERED FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK


                        s/Patricia Glover
                          Deputy Clerk